[Nos. 16953-3-II; 17127-9-II.   Division Two.   October 11, 1995.]

*In the Matter of the Personal Restraint of* JAMES DAVID SMITH, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DAVID SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02462-6, Bruce Cohoe, J., entered March 8, 1993, together with a petition for relief from personal restraint. Petition *denied* and judgment *affirmed* by unpublished opinion per Houghton, A.C.J, concurred in by Bridgewater and Fleisher, JJ.

[No. 17448-1-II.   Division Two.   October 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BOB ROY KASEWETER, *Appellant.*

Appeal from a judgment of the Superior Court for CLark County, No. 93-1-00019-7, Robert L. Harris, J., entered August 19, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Wiggins, JJ.

[No. 18321-8-II.   Division Two.   October 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH CHANNING, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00203-1, James D. Ladley, J., entered June 1, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Houghton, JJ.

[No. 13878-0-III.   Division Three.   October 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HOWARD SOTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00432-1, Richard J. Schroeder, J., entered February 14, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.